■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LOU, Appellant. [646 NYS2d 277] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered May 13, 1992, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant, acting in concert *(see,* Penal Law § 20.00), possessed a firearm with the intent to use it unlawfully against another and murdered the victim *(see,* Penal Law §§ 265.03, 125.25 [1]; *People v Whatley,* 69 NY2d 784; *People v Duncan,* 46

NY2d 74; *People v Rodriguez*, 221 AD2d 381; *People v Jackson*, 219 AD2d 676). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (CPL 470.15 [5]; *People v Grajales*, 187 AD2d 631).

The sentence imposed is not excessive *(see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Pizzuto, J. P., Santucci, Altman and Hart, JJ., concur.